Appeal Status/Deficiency (apedef.jsp)(05/2012)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington

In Re:

John Felix Castleman, Sr and Kimberly Kay Castleman

Debtor(s).

Case No.: 19−12233−MLB
Chapter: 7
USDC Number: 21cv829RSL
BAP Number:
Internal Appeal Number: 21−S006

## NOTICE OF APPEAL STATUS/NOTICE OF DEFICIENCY

**TO: USDC**

Appeal documents due date: **July 19, 2021**.

The US Bankruptcy Court for the Western District of Washington is unable to certify that the record is complete for the purposes of appeal for the reasons listed below:

☐ Filing Fee not paid.

☐ Appellant Designation of Record not filed.

☐ Appellant Statement of Issues not filed.

☑ Requested Transcript not filed:
   **Reporter Name: Shari Wheeler**
   Transcript Due Date: **July 28, 2021**
   Judge: **Marc Barreca**
   Transcript date(s): **May 12, 2021**
   New deadline granted to Reporter : **na**

☐ Other:

**Deputy Clerk Processing this Appeal:**
   Name and Phone: **Mari Heuerman**
   US Bankruptcy Court
   Western District of Washington
   District No: 0981, Office No: **2**

DATED: July 19, 2021

                                                            Mark L. Hatcher
                                                          Clerk, U.S. Bankruptcy Court