UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In Re

John Felix Castleman, Sr., and Kimberly Kay Castleman,

        Debtors.

        Plaintiff(s),

v.

        Defendant(s).

NOTICE OF CIVIL APPEAL

Case No 2:21-cv-00829-JHC

District Court Judge
Honorable John H. Chun

Notice is hereby given that John Felix Castleman, Sr., and Kimberly Kay Castleman
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Order Affirming the Bankruptcy Court's Memorandum Decision.
(Name of Order/Judgment)

entered in this action on 07/01/2022 .
(Date of Order)

Dated: 07/26/2022 .

Steven C. Hathaway, WSBA #24971
3811 Consolidation Avenue
P.O. Box 2147
Bellingham, WA 98227
(360) 676-0529

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

/s/ Steven C. Hathaway, WSBA 24971

Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1